IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **09-cv-1056-AP**

**THOMAS R. MONROE,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of Plaintiff's Unopposed Motion to Dismiss (doc. #7), filed May 20, 2007, it is

**ORDERED** that this case is **DISMISSED**, the parties to bear their own costs and attorney fees.

Dated:  May 21, 2009

                                          BY THE COURT:

                                          *S/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT